UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THOMAS CREMEEN,

       Petitioner,                        CV 03-804-AS

      v.

                                          ORDER

ROBERT LAMPERT, Superintendent
Snake River Correctional Institution,

       Defendant.
_____

HAGGERTY, Chief Judge:

      Magistrate Judge Ashmanskas issued a Findings and Recommendation in this action (Doc. #53), in which the Magistrate Judge recommended that petitioner's Petition for Writ of Habeas Corpus (Doc. #1) should be denied. Petitioner filed objections (Doc. #54), objecting generally to the conclusion of the Findings and Recommendation. Petitioner did not object to any specific portion of the Findings and Recommendation and did not offer any argument in support of the objections.

1    - ORDER

The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations" made by a magistrate judge. 28 U.S.C. § 636(b)(1). Within ten days of being served with a copy of the Findings and Recommendation, any party may file written objections and the court shall make a *de novo* determination of those portions of the Findings and Recommendation to which objections are made. *Id.* When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Thomas v. Arn,* 474 U.S. 140, 149-150 (1985); *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

The court has reviewed the record and petitioner's objections. The court adopts the Findings and Recommendation in its entirety.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation (Doc. #53) is ADOPTED. Petitioner's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED

IT IS SO ORDERED.

Dated this   21   day of October, 2005

    /s/Ancer L.Haggerty
    ANCER L. HAGGERTY
    United States District Judge